IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.                                            CRIMINAL NO.  3:05cr171WHB-JCS

KIMBERLY S. LEWIS

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against the defendant, KIMBERLY S. LEWIS, without prejudice.

                                            DUNN LAMPTON
                                            United States Attorney

Date:  February 1, 2006             s/John M. Dowdy, Jr.
                                    By:   JOHN M. DOWDY, JR.
                                          Chief, Criminal Division
                                          Mississippi Bar No. 8896

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 6th day of February, 2006.

                                            s/ William H. Barbour, Jr.
                                            UNITED STATES DISTRICT JUDGE